IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L TAYLOR, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00429-TES-ALS |
| | * |
| CULLEN TALTON, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 7/3/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of July, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk